# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

METAWISE GROUP, INC.,

                Plaintiff,

-vs-                                 Case No.  6:05-cv-1050-Orl-31KRS

BRAZIL AMAZON TRADING, INC., and
BRUNILDA OBUHOSKY,

                Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER (Doc. No. 37)** |
| **FILED:** | **September 30, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

| | |
|---|---|
| **MOTION:** | **SUPPLEMENT TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Doc. No. 40)** |
| **FILED:** | **October 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION TO ENFORCE PROTECTIVE ORDER (Doc. No. 41)** |
| **FILED:** | **October 7, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR EMERGENCY HEARING (Doc. No. 43)** |
| **FILED:** | **October 11, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Defendants Brazil Amazon Trading, Inc., and Brunilda "Daisy" Obuhosky (collectively "the defendants") seek a protective order prohibiting non-parties Bank of America and Sun Trust Bank, Central Florida, from responding to certain subpoenas duces tecum issued by Plaintiff Metawise Group, Inc.  Doc. No. 37.

The Court has reviewed the subpoenas and has determined that they are not in compliance with Federal Rule of Civil Procedure 45(a)(2), which provides, in relevant part, that "[i]f separate from a subpoena commanding the attendance of a person, a subpoena for production or inspection shall issue from the court for the district in which the production or inspection is to be made."  Here, the subpoenas direct that the production of documents is to take place in Palm Beach, Florida, which is located in the Southern District of Florida.  Doc. Nos. 37-2, 37-3.  Because the Court cannot enforce subpoenas that violate the requirements of Rule 45(a)(2), it is **ORDERED** that neither SunTrust Bank nor Bank of America is required to comply with the subpoenas.  *See Natural Gas Pipeline Co. of*

*America v. Energy Gathering, Inc.*, 2 F.3d 1397, 1406 (5th Cir. 1993) ("[A] federal court sitting in one district cannot issue a subpoena *duces tecum* to a non-party for the production of documents located in another district."); Fed. R. Civ. P. 45(c)(3)(A) ("On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena . . . .").

The Court expresses no opinion as to the merits of the defendants' motion for protective order or whether the defendants have adequately established standing to object to the production of records. I note, as well, that the defendants' motions were not accompanied by a memorandum of law citing the authority upon which they rely to support their contention that a protective order should be issued.

The plaintiffs are **ORDERED** to deliver a copy of this Order to Bank of America and SunTrust Bank forthwith.

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-3-