# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**METAWISE GROUP, INC.,**

          **Plaintiff,**

**-vs-**                                **Case No.  6:05-cv-1050-Orl-31KRS**

**BRAZIL AMAZON TRADING, INC. and**
**BRUNILDA OBUHOSKY,**

          **Defendants.**

_____

# ORDER

This order comes before the Court on Plaintiff's Motion to Dismiss Defendants' Counterclaims.  (Doc. 64).  The Plaintiff contends that the two-count counterclaim is subject to dismissal due to a forum selection clause in one of the agreements at issue.  However, the Defendants have alleged the breach of two distinct agreements in Count I, in violation of Rule 8 of the Federal Rules of Civil Procedure.  Before the Court analyzes the substance of the Plaintiff's motion to dismiss, the Defendants will be require to replead the counterclaim in accord with Rule 8, filing separate counts for each agreement allegedly breached..  The Defendants should also review the unjust enrichment count to determine whether it ought to be split into separate counts. In consideration of the foregoing, it is hereby

**ORDERED** that the Defendants' counterclaim is **DISMISSED WITHOUT PREJUDICE** to their ability to refile an amended counterclaim that complies with Rule 8 within 10 days.  And it is further

**ORDERED** that Plaintiff's motion to dismiss Defendant's counterclaims (Doc. 64) is

**DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 15, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party