# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**METAWISE GROUP, INC.,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-1050-Orl-31KRS**

**BRAZIL AMAZON TRADING, INC. and**
**BRUNILDA OBUHOSKY,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on Defendants' motion to dismiss (Doc. 73). The motion is premised on the Plaintiff's failure to seek this Court's permission before seeking punitive damages, pursuant to Florida Statute § 768.72. (Doc. 73 at 1). In *Cohen v. Office Depot, Inc.*, 204 F.3d 1069 (11th Cir. 2000), the court reaffirmed its earlier holding that Florida Statute § 768.72 conflicts with and must yield to Federal Rule of Civil Procedure 8(a)(3) and therefore a Florida plaintiff in federal court because of diversity jurisdiction need not obtain leave of court before pleading a request for punitive damages. In consideration of the foregoing, it is hereby

**ORDERED** that the Defendant's motion to dismiss (Doc. 73) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2006.

                                                        GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE