# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**METAWISE GROUP, INC.,**

**Plaintiff,**

-vs-                                                    Case No.  **6:05-cv-1050-Orl-31KRS**

**BRAZIL AMAZON TRADING, INC. and
BRUNILDA OBUHOSKY,**

**Defendants.**

_____

## NOTICE OF CANCELLATION
## OF HEARING

   **TAKE NOTICE** that the Case Management Hearing (doc. no. 88) previously scheduled to

be held before the undersigned on **TUESDAY**, **MAY 9, 2006** at **2:00 P.M.** is hereby **CANCELLED**.

DATED:        May 8, 2006

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party