# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**METAWISE GROUP, INC.,**

        **Plaintiff,**

**-vs-**                              Case No.  6:05-cv-1050-Orl-31KRS

**BRAZIL AMAZON TRADING, INC. and**
**BRUNILDA OBUHOSKY,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO RECONSIDER (Doc. No. 98-2)**
>
> **FILED:**      May 26, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The local rule is clear. Counsel for Brazil Amazon Trading, Inc. will not be permitted to withdraw until substitute counsel enters a notice of appearance on its behalf.

As to the hearing scheduled for May 31, 2006, Defendant Brunilda Obuhosky must personally appear or face imposition of sanctions, which may include monetary sanctions and entry of judgment against her. She may promptly file a motion to continue the hearing, if necessary, to a date on which she will be able to appear before the Court. Unless and until the Court continues the hearing, however, she has an obligation to be present at the hearing.

It is **ORDERED** that counsel for the defendants shall promptly communicate the contents of this order to the defendants.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties